# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SAMEH MOHAMMED S. OSMAN a/k/a
SAMEH OSMAN,

Appellant,

v.

WHITBURN LLC and NEWPORT
PROPERTIES, INC.,

Appellees.

No. 2D23-1977

_____

February 16, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Pasco County; Kent Compton, Judge.

Jan T. Govan of Govan Law Group, P.A., Clearwater, for Appellant.

Erik De L'Etoile of De L'Etoile Law Firm, P.A., Tampa, for Appellee Whitburn LLC.

Matthew D. Wolf of Ivanov & Wolf, PLLC, Tampa, for Appellee Newport Properties, Inc.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.